**HOLCOMB, Respondent, v. HARRIS, Appellant.** (Supreme Court, Appellate Division, Third Department. September 16, 1902.) Action by Andrew J. Holcomb against Charles W. Harris, as executor of the last will and testament of Edmund S. Harris, deceased. No opinion. Motion denied.

**HUDSON VAL. RY. CO., Appellant, v. SCHENECTADY RY. CO., Respondent.** (Supreme Court, Appellate Division, Third Department. September 9, 1902.) Action by the Hudson Valley Railway Company against the Schenectady Railway Company.

PER CURIAM. Motion denied, without costs. It appearing in open court upon the argument that the action is ready to be tried at the October term, the appeal from this order is put over the term.

**HUSTON, Respondent, v. LOCKPORT & O. RY., Appellant.** (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by William E. Huston against the Lockport & Olcott Railway. No opinion. Judgment and order affirmed, with costs.